IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | |
|---|---|
| SHELIA WEBSTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No. 12SL-CC02594 |
| | ) |
| v. | ) Div. 12 |
| | ) |
| GEORGE MAIR, ACE AMERICAN | ) **JURY TRIAL DEMANDED** |
| INSURANCE COMPANY, | ) |
| and ALAMO FINANCING, L.P., | ) |
| | ) |
| Defendants. | ) |

## AMENDED NOTICE OF DEPOSITION

TO: All Attorneys of Record

DATE AND HOUR: Friday, May 17, 2013, at 9:00 a.m.

LOCATION: Planet Depos
1 Church Street
Suite 601
Rockville, MD 20850

DEPONENT: Keisa Hartridge

COURT REPORTER: Midwest Litigation Services – 314-644-2191
(Through a local Maryland Affiliate – Planet Depos)

PLEASE TAKE NOTICE that at the above date, hour, and place we shall cause the deposition of the above-named witness to be taken upon oral examination before an official court reporter and suitable notary public pursuant to Missouri Rule of Civil Procedure 57.03. The deposition, if not completed on that day, shall continue from day to day at the same time and place until completed. You are invited to attend and cross-examine.



EXHIBIT A

Respectfully submitted,

BROWN & JAMES, P.C.

_____
Russell F. Watters, #25758
800 Market Street, Suite 1100
St. Louis, Missouri 63101-2501
(314) 421-3400
Fax (314) 421-3128 (FAX)
Email: rwatters@bjpc.com
*Attorneys for Defendants*

## CERTIFICATE OF MAILING

The undersigned certifies that a copy of the foregoing was mailed, postage pre-paid, via U.S. mail, this 23rd day of April, 2013, to:

Timothy J. Gallagher
Matthew R. Davis
Heller, Gallagher & Finley, L.L.P.
1670 South Hanley Road
St. Louis, MO  63144
mrdavis@hgflawyers.com
tjgallagher@hgflawyers.com
*Attorney for Plaintiff*

George Mair
Inmate No. 35486-044
FCI McKean Federal Correctional Institution
P.O. Box 8000
Bradford, PA 16701
*Co-Defendant*

_____

11133679