## ATTACHMENT A

1. Any and all documents in your possession relating to your rental of a vehicle on July 20, 2008, from the Alamo Rent-A-Car located at the Baltimore Airport, 7434 New Ridge Road, Hanover, Maryland 21076, and/or your addition as an additional authorized driver of the rental vehicle rented at that location and on that date, whether in the name George Mair and/or Anthony Thomas.

2. Any and all documents in your possession relating to your involvement in the rental of the vehicle involved in the accident of July 27, 2008, in the State of Missouri, that is the subject of Missouri Uniform Accident Report No. 08-4616, attached hereto for reference, and/or your addition as an additional authorized driver of the rental vehicle involved in the accident, whether in the name George Mair and/or Anthony Thomas.

3. Any and all documents relating to your use of the alias Anthony Thomas.

4. Any and all driver's licenses/permits you and/or Anthony Thomas currently hold, whether issued in the State of Maryland or in any other state.

5. Any and all prior driver's licenses/permits you and/or Anthony Thomas have held, whether currently effective or not, and whether issued in the State of Maryland or in any other state.

6. Any and all documents related to the criminal charges filed against you in Missouri state and/or federal court arising out of the accident that is the subject of Report No. 08-4616 and/or your use of the rental vehicle involved in that accident.

7. Any and all documents related to prior convictions and/or guilty pleas related to your possession, use, and/or distribution of marijuana, substances containing marijuana, or other illegal drugs.

8. Any and all photographs in your possession of the accident and/or scene of the accident that is the subject of Report No. 08-4616.

9. Any and all laboratory reports in your possession relative to any substances found in the vehicle involved in the accident that is the subject of Report No. 08-4616.

10. Any and all laboratory reports in your possession relative to blood and/or urine samples taken from you in connection with the investigation of the accident that is the subject of Report No. 08-4616.

11. Any and all documents you submitted to Defendants ACE American Insurance Company and/or Alamo Financing, LP, related to any claim for insurance coverage arising out of the accident that is the subject of Report No. 08-4616, including any demands for defense and/or indemnity of any actions filed against you and/or Anthony Thomas by Plaintiff Sheila Webster or any other individual or entity.

EXHIBIT B

12. Any and all documents related to any prior rentals from Alamo Rent-A-Car.

13. Any and all other documents in your possession related in any way to the accident and/or the rental of the vehicle involved in the accident that is the subject of Report No. 08-4616 and/or the investigation thereof.

11142726